Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

SHANE PHILLIP NICKERSON )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
JIM SALMONSEN, BILLIE REICH )
CRYSTAL THOMPSON )
)
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SHANE PHILLIP NICKERSON
All other names by which you have been known:
ID Number: 3004447
Current Institution: MONTANA STATE PRISON
Address: 700 CONLEY LAKE R.D.
DEER LODGE, MT 59722
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: JIM SALMONSEN
Job or Title (if known): (WARDEN)
Shield Number:
Employer: MONTANA STATE PRISON D.O.C
Address: 700 CONLEY LAKE R.D.
DEER LODGE, MT 59722
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
Name: BILLIE REICH
Job or Title (if known): ASSOCIATE WARDEN
Shield Number:
Employer: MONTANA STATE PRISON D.O.C
Address: 700 CONLEY LAKE R.D.
DEER LODGE, MT 59722
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: CRYSTAL THOMPSON
Job or Title (if known): CAPTAIN
Shield Number:
Employer:
Address: MONTANA STATE PRISON
700 CONLEY LAKE RD
DEERLODGE, MT 59722

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment violation - Access to the Courts, Free from Retaliation, 14th amendment violation due process of the law pursuit of happyness

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

O. I am housed in D-unit at MSP for Protective Custody reasons. I was wrote up for a fighting write up on September 19 2022 and found guilty on September 21st 2022.
I signed a classification appeal from Case Manager Martin after the September 21st 2022 hearing but yet have the Classification Appeal response.

In the past during litigation I've been hindered by inmates and MSP staff from 2019 - Current 2022.
I've been wrote up for threatening staff during litigation on 3-13-2020.
I've been moved from unit to unit in 2020 including going to PROTECTIVE CUSTODY in August of 2020, then placed in ADSEG in October of 2020 - March 2021 (no write up for "safety reasons") (All during litigation)
I was frustrated of being at MSP and requested to go out of state, in September 2021, was sent to Sioux Fall SD D.O.C inwhich is a lockdown facility (during litigation) got frustrated being locked down and went to the TORT Division to return to MSP.
Returned to MSP on 2-24-22.
On April 2022 Federal judge Donald Malloy granted my motion for a voluntary dismissal in my U.S.C 2254 petition

P 4A

Upon being diligent and researching how to beat the time bar in my state claims I recently discovered I have a illegal sentence in my PSI and judgment.

- I was charged with 2 felony counts of assaults on a peace officer charge in DC-09-239 B - DC-09-046 C
On page 8 of the PSI it states I assaulted correctional staff
David Edwards recommended I was a high risk to the community based off the 2 felony counts of officer charges. See page 8-9 of the PSI
On page 28 of my sentence and transcript page It states Mr. Edwards when your doing your recommendations, your doing a recommendation based upon offenses the Defendant was found guilty of.
A. Thats correct. (See Exhibit)
The DC-09-239 B, DC-09-046 C cases were dismissed on 2-10-2010 without prejudice post 2-4-2010 DC-08-402(c) sentencing.
The district court and honorable Stewart Stadler used the high risk to the community recommendations in the PSI, gave me a tier 3 enhancement, attatched prior criminal history, and gave me a illegal sentence based off erroneous information or misinformation.

P 4B

I presented this argument in my petition for rehearing in the Montana Supreme Court, but it was construed as a attempt to raise new claims (see page 2 of petition for rehearing).

I have to motion for resentencing in light of State v. Southwick 2007 MT 257, in the Flathead County district court and raise a application of United States v. Tucker 404. U.S. 403.
My sentence is enhanced based off invalid convictions and misinformation.

The D.O.C attorney's who sent me to South Dakota and State knew the P.S.I information is inaccurate.
I believe the D.O.C, MSP, MSP staff and the defendants have housed me in adverse living conditions hoping I react volitile.
I believe the defendants are responsible for the way staff and inmates treat me.
MSP has a issue of retaliation against me.
I signed multiple settlement agreements with TOBT including trying to reach a supplemental agreement in relation to a breach of contract and fraudulent concealment. Sent 10-21-22 and earlier

P 4 C

Injuries, living in harsh conditions, misfiled several petitions, had inmates make false complaints during litigation and housing manipulation.

Relief. Not to be retaliated on by MSP staff, inmates, live in non retaliatory conditions during litigation.
I seek to get a new sentence based on misinformation and exhaust the issue on appeal and possibly U.S.C 2254 petition a new sentence will allow me to file a timely PCR petition.
Not to be retaliated on while seeking a Supplemental TORT agreement
Get a job to help pay for legal postage
Single cell designation, as prior cellmates were paid to make false prea allegations

P 5A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I signed a classification appeal sometime in September of 2022, and seek not to be housed in unfair living conditions during litigation or to be retaliated on

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was appealing a classification appeal to not be housed in unfair living conditions or targeted during litigation.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Classification appeal was signed in September 2022 (no response)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See attatched

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Not to be retaliated on during litigation, and exhaustion of state remedies, Tort claims, fair living conditions, job etc..... see attatched

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)? *Classification Appeal*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A
   Classification Appeal

2. What did you claim in your grievance?

   Can't grieve housing

3. What was the result, if any?

   Classification appeal no response.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I've grieved several issues relating to retaliation, conditions of confinement, even signed TORT agreements but breach of contract & fraudulent concealment are issues

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
I filed a classification appeal in September 2022 and even went to Risk Management and TORT defense division

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
Billie Reich, TORT division on breach of contract, fraudulent concealment, went to ADA Officials, ACLU, Classification Appeal

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
Made several agreements with TORT or 2 inwhich are breach of contracts, including the classification appeal process (no response)

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
Nickerson v. Corrigan 2021 - Missoula division Dana Christens

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) _Shane Phillip Nickerson_
   Defendant(s) _Billie Reith, Carla Strutzel_

2. Court (if federal court, name the district; if state court, name the county and State)
   _Helena Division_

3. Docket or index number
   _?_

4. Name of Judge assigned to your case
   _?_

5. Approximate date of filing lawsuit
   _?_

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _Voluntary dismissal_

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)
   _Went to TORT - Settled, but have a issue in breach of contract - fraudulent concealment seeking supplemental agreement_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

_Yes_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[✓] Yes

[ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) Shane Phillip Atcheson
   Defendant(s) Brian Goodthin, Jim Salmonsen

2. Court (if federal court, name the district; if state court, name the county and State)
   Helena Division

3. Docket or index number
   CV-22-34-H-SEH

4. Name of Judge assigned to your case
   Honorable Sam Haddon

5. Approximate date of filing lawsuit

6. Is the case still pending?
   [ ] Yes
   [✓] No

   If no, give the approximate date of disposition   Voluntary dismissal

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)
   Seeking TORT agreement with D.O.C Attorney's

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-22-22

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Shane Nickerson
Prison Identification #: 3002447
Prison Address: 700 Conley Lake Rd
Deer Lodge, MT 59722

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Page 11 of 11